B6C (Official Form 6C) (04/10)

IN RE Ford, Rosetta Michelle _____   Case No. **13-10581** _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　　☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| 32" flat screen television | ACM, C & JP § 11-504(b)(4) | 6.19 | 200.00 |
| Anticipated federal and state tax refunds | ACM, C & JP § 11-504(b)(5) | 4,647.00 | 4,647.00 |
| 2010 Kia Optima | ACM, C & JP § 11-504(b)(5) | 3,533.24 | 10,489.00 |
| | ACM, C & JP § 11-504(f) | 2,253.76 | |
| Garnished wages | ACM, C & JP § 11-504(b)(5) | 1,559.81 | 1,559.81 |

EXHIBIT 1

\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.