

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| IN RE: | Case No.: 13-10581-WIL |
|---|---|
| **ROSETTA MICHELLE FORD** | Chapter 7 |
| Debtor | |

************************

### ORDER PERMITTING DEBTOR TO REDEEM PROPERTY

Upon consideration of Debtor's Motion to Redeem Property pursuant to 11 U.S.C. § 722, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is Granted, and

ORDERED, that Debtor may redeem her vehicle by paying $4,702 to Crescent Bank & Trust within 30 days of the date of entry of this Order.

cc: All Parties
    Counsel

### End of Order